**Ezell GILBERT, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 09–12513.

United States Court of Appeals, Eleventh Circuit.

June 21, 2010.

George Allen Couture, Stephen J. Langs, Rosemary T. Cakmis, Fed. Pub. Defenders, Orlando, FL, for Petitioner–Appellant.

Linda Julin McNamara, Tampa, FL, for Respondent–Appellee.

BEFORE: DUBINA, Chief Judge, and MARTIN and HILL, Circuit Judges.

BY THE COURT:

Absent a stay or withholding of the mandate in the appeal to which this Order is appended, the Clerk is directed to issue the mandate within ten (10) days of the date of this opinion. Consistent with Eleventh Circuit Rule 41–2, the Clerk is directed to provide the active members of this court with notice of the issuance of this opinion and our direction to expedite issuance of the mandate.

SO ORDERED.